IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY COLEMAN** **PLAINTIFF**
**# 141199**

v.            CASE NO. 4:24-CV-00093-BSM-JTK

**GORE,** *et al*.            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE